**LAWRENCE P. RAMIREZ, (State Bar No. 141550)**
**THE LITIGATION LAW GROUP**
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone:  (408) 971-1119
Facsimile:   (408) 971-1625

Attorneys for Plaintiffs
Maria Abad and Juanita Sanchez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARIA ABAD, JUANITA SANCHEZ, as individuals,<br><br>                    Plaintiff,<br>      vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York Corporation, BANK OF AMERICA CORPORATION, a Delaware corporation, RECONSTRUST COMPANY, N.A., as Trustee, and DOES 1 through 50, inclusive,<br>                    Defendants | Case No.: 5:09-CV-00577 JW (HRL)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs Maria Abad and Juanita Sanchez, by and through their attorneys, voluntarily dismiss the above captioned action without prejudice, each party to bear its own fees and costs.

Dated this July 27, 2009

Respectfully Submitted,

/s/ _____
Lawrence P. Ramirez

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motion.  The Clerk shall close this file.

Dated: July 27, 2009

_____
United States District Judge